

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00115-CR

XAVIER LAVAR FRENCH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 17F1141-202

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Chief Justice Morriss

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

## MEMORANDUM OPINION

In 2018, Xavier Lavar French had pled guilty to evading arrest using a vehicle. *See* TEX. PENAL CODE ANN. § 38.04. At that time, he was placed on deferred adjudication community supervision. On September 30, 2020, the trial court adjudicated French's guilt, revoked his community supervision, and sentenced French to eight years' confinement. In that proceeding, the trial court also adjudicated, revoked, and sentenced French for another felony. We address that case in our cause number 06-20-00114-CR.

Our opinion in *French v. State*, 06-20-00114-CR, also issued today, addresses the issues raised by French in this instant case. For the same reasons stated in that opinion, we affirm the trial court's judgment and sentence in this cause.


Josh R. Morriss, III
Chief Justice

Date Submitted:     June 15, 2021
Date Decided:       July 21, 2021

Do Not Publish

2